**Order entered July 3, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00340-CR

**JANINE JOYCE CHARBONEAU, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-80751-2012**

## ORDER

Appellant's June 26, 2014 motion for an extension of the time to file an amended reply brief is **GRANTED**. Appellant is granted permission to file an amended reply brief. Appellant's amended reply brief shall be due by **July 14, 2014**.

/s/    LANA MYERS
        JUSTICE